MARTIN E. ROSEN (SBN 108998)
mrosen@mail.hinshawlaw.com
ADAM B. RUCKER (SBN 309516)
arucker@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Unum Life Insurance Company of America

FRANK N. DARRAS (SBN 128904),
Frank@DarrasLaw.com
SUSAN B. GRABARSKY (SBN 203004)
sgrabarsky@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:  (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff
Teresa Ramirez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA RAMIREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 5:16-cv-00001 VAP (SPx)<br><br>(Honorable Virginia A. Phillips)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Complaint Filed:  January 1, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 5:16-cv-00001 VAP (SPx)
36237461v1 0986583

# **STIPULATION**

Pursuant to Federal Rule of Civil Procedure Rule 41(a), and following the settlement of this matter, Plaintiff Teresa Ramirez and Defendant Unum Life Insurance Company of America, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party to bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

DATED: January 10, 2017                HINSHAW & CULBERTSON LLP

                                       By: */s/ Adam B. Rucker*
                                       MARTIN E. ROSEN
                                       ADAM B. RUCKER
                                       Attorneys for Defendant
                                       Unum Life Insurance Company of America

DATED: January 10, 2017                DARRAS LAW

                                       By: */s/ Susan B. Grabarsky*
                                       FRANK N. DARRAS
                                       SUSAN B. GRABARSKY
                                       Attorneys for Plaintiff
                                       Teresa Ramirez

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Adam B. Rucker hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories*

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 5:16-cv-00001 VAP (SPx)
36237461v1 0986583