FILED
CLERK, U.S. DISTRICT COURT
01/13/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DG___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 5:16-cv-00001 VAP (SPx)<br><br>(Honorable Virginia A. Phillips)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed:  January 1, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 5:16-cv-00001 VAP (SPx)
**Error! Unknown document property name.**

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _January 13, 2017_

_____
HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 5:16-cv-00001 VAP (SPx)
**Error! Unknown document property name.**